*U.S. BANKRUPTCY COURT*
*FILED*
*TRENTON, NJ*

*2017 APR 28  A 10: 12*

*JEANNE A. NAUGHTON*
*BY: [signature]*
*DEPUTY CLERK*

Certificate Number: 12459-NJ-CC-029151609

12459-NJ-CC-029151609

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>April 26, 2017</u>, at <u>10:15</u> o'clock <u>AM PDT</u>, <u>Thomas Lanza</u> received from <u>Abacus Credit Counseling</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of New Jersey</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:  <u>April 26, 2017</u>            By:     <u>/s/Melinda Willett</u>

                                      Name:   <u>Melinda Willett</u>

                                      Title:  <u>Credit Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).